# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 17-00787 BRO (SSx) | Date | May 1, 2017 |
|---|---|---|---|
| Title | Salena Glorietta Marks v. Brandy Gillard | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Cheryl Wynn | Not Present | N/A |
|---|---|---|
| Relief Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)

**ORDER RE DISMISSAL FOR LACK OF PROSECUTION**

This action was removed to this court on January 31, 2017.

On March 15, 2017, the Court issued an Order to Show Cause Re: Lack of Prosecution in light of the Plaintiff's apparent failure to actively pursue this matter. The Order specifically warned Plaintiff that the Court could dismiss this action if good cause was not shown for any extension of time. Plaintiff was to respond to the Court's Order to Show Cause no later than April 5, 2017. To date, no response to the Court's Order has been filed with this Court.

Accordingly, the Court hereby dismisses the action without prejudice for lack of prosecution and for failure to respond to the Court's Order to Show Cause.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | cw |